UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Amy Carrillo, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | Judge Joan B. Gottschall |
| v. | ) | |
| | ) | Case No. 24 cv 6455 |
| | ) | |
| | ) | |
| Isomedix Operations, Inc., et al, | ) | |
| Defendant(s). | | |

## ORDER

An initial status report is due on or before August 30, 2024. Counsel and parties are directed to familiarize themselves with the pretrial procedures in Judge Gottschall's case management packet, which is available from the court's website at http://www.ilnd.uscourts.gov. Please pay particular attention to the requirement to exchange initial disclosures within 14 days of the parties' initial discovery planning conference and the court's requirement that the parties are to explore settlement opportunities and identify areas of agreement prior to the filing of the first status report. *See* Fed. R. Civ. P. 26(a)(1)(C) and 26(f)(2).

If, by the due date of the scheduled status report, defendants have not been served, plaintiff should send an email to the chambers email account, chambers_gottschall@ilnd.uscourts.gov, to reset the status date. Counsel in cases removed from another court should follow these procedures to the extent applicable.

The initial status report will:
- identify the attorneys of record for each party and identify the lead attorney for each party;
- state the basis of this court's subject matter jurisdiction;
- briefly describe the nature and scope of the case, the principal legal issues, and the principal factual issues;
- identify any party who has not yet been served in accordance with Federal Rule of Civil Procedure 4 and indicate when service is expected to be completed;
- state whether the parties consent to the reassignment of the case to the designated magistrate judge;
- state whether a jury trial has been demanded or is expected by any party;
- describe any discovery that has occurred and any anticipated in the future;
- identify settlement opportunities;

- except in classes of cases exempted by Local Rule 16.1.1(b), propose a discovery schedule complying with Federal Rule of Civil Procedure 16(b)(3), including proposed deadlines for joining parties, amending pleadings, completing discovery, and filing dispositive and other motions; and
- propose a deadline for filing the next status report.

Subsequent status reports shall be as concise as possible and shall include the information listed in part II of Judge Gottschall's case management packet.

ENTER:

/s/ Joan B. Gottschall
United States District Judge

DATED: July 31, 2024